**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-01287-WJM-BNB

CRYSTEL TAYLOR-DAVIS

      Plaintiff,

v.

WAL-MART STORES, INC., a Delaware corporation,

      Defendant.

**ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL**

This matter comes before the Court on the Parties' Joint Stipulated Motion for Dismissal filed April 15, 2013 (ECF No. 18). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Joint Stipulated Motion is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 16th day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge